## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas John Kelly,

       Plaintiff,                           Civil No. 08-5028 (RHK/JJK)

vs.                                    **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

Ramsey County Sheriff's Office,
et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 28, 2008

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge